**238**

James **ELKINS** and Virgie Garland, Appellants,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

Robert E. Cato, London, for appellants.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing in Part, Affirming in Part.*

Mary **HAZLETT**, Appellant,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

M. J. See, See & See, Louisa, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Robert M. **GUENTHNER**, Appellant,

v.

Charles Nelson **JONES** and Joe E. Finn, Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Henry J. Burt, Jr., Louisville, for appellant.

E. Gerry Barker, Henry A. Triplett, Louisville, for appellees.

Memorandum Opinion by Special Commissioner RICHARD A. REVELL, Affirming.*

**FORD MOTOR COMPANY**, Appellant,

v.

Eugene **MATTINGLY** and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

James M. Graves, Boehl, Stopher, Graves & Deindoerfer, William P. Swain, Louisville, for appellant.

Robert L. Catlett, Jr., Segal, Isenberg, Sales & Stewart, Louisville, J. Keller Whitaker, Director, Workmen's Comp. Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.